# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case Nos.   07 C 7124 |
| | ) | 07 C 7125 |
| AUTOMOTIVE PROFESSIONALS, INC., | ) | 07 C 7127 |
| | ) | |
| Debtor. | ) | Honorable John F. Grady |
| | ) | Magistrate Judge Nan R. Nolan |
| | ) | |
| | ) | On Appeal of Honorable Carol A. Doyle |
| | ) | in Bankruptcy Case No. 07- 06720 |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on **January 2, 2007, at 10:30 a.m.,** or as soon thereafter as counsel may be heard, we shall appear before the Honorable John F. Grady in Courtroom 2286 of the United States District Court for the Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois, or whomever may be sitting in his place and stead, and then and there present the **Trustee's Motion For Reassignment**, a copy of which is attached hereto and hereby served upon you.

Dated:  December 21, 2007    Respectfully submitted,

FRANCES GECKER, not individually, but as
Chapter 11 Trustee for the bankruptcy estate of
AUTOMOTIVE PROFESSIONALS, INC.

By:    */s/ Micah R. Krohn*
One of her attorneys

Micah R. Krohn (Ill. Bar No. 6217264)
FRANK/GECKER LLP
325 North LaSalle Street, Suite 625
Chicago, Illinois  60610
Phone: (312) 276-1400
Fax:    (312) 276-0035

{ API / 001 / 00012326.DOC /}

**CERTIFICATE OF SERVICE**

I, Micah R. Krohn, an attorney, hereby certify that on December 21, 2007, a true and correct copy of the **Trustee's Motion to Reassign** was filed electronically. Notice of the filing will be sent to all parties who are currently on the Court's Electronic Mail Notice List, a copy of which is attached hereto, by operation of the Court's Electronic Filing System. A copy was also served this day upon the following party via first-class United States mail, postage prepaid:

United States Trustee
Office of the United States Trustee
227 West Monroe Street
Suite 3350
Chicago, Illinois  60606

                                                           */s/ Micah R. Krohn*

# Mailing Information for Case 1:07-cv-07124

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Stephen Todd Bobo**
  sbobo@sachnoff.com

- **Erich Siegfried Buck**
  ebuck@sachnoff.com

- **John Steven Delnero**
  jdelnero@bellboyd.com,docket@bellboyd.com

- **Kenneth George Kubes**
  kkubes@sachnoff.com

- **Ronald Anthony Rascia**
  rrascia@atg.state.il.us