# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| MICHAEL T. MCRAITH, *et al.*, | ) Case Nos.   07 C 7124 |
| | )                 07 C 7125 |
| Appellant, | )                 07 C 7127 |
| | ) |
| v. | ) Honorable John F. Grady |
| | ) Magistrate Judge Nan R. Nolan |
| FRANCES GECKER, not individually but as | ) |
| Chapter 11 Trustee of the estate of Automotive | ) On Appeal of Honorable Carol A. Doyle |
| Professionals, Inc., | ) in Bankruptcy Case No. 07 B 06720 |
| | ) |
| Appellee. | ) |

## SUPPLEMENTAL CERTIFICATE OF SERVICE

I, Micah R. Krohn, an attorney, hereby certify that on December 26, 2007, true and correct copies of the **Trustee's Motion to Reassign** and **Notice of Motion,** which were filed on December 21, 2007, were served by electronic mail upon the parties listed on the Supplemental Service List attached hereto. In addition, true and correct copies of this **Supplemental Certificate of Service** copies were served electronically by operation of the Court's Electronic Filing System on all parties who are currently on the attached Court's Electronic Mail Notice List.

Dated: December 26, 2007

Respectfully submitted,

FRANCES GECKER, not individually, but as Chapter 11 Trustee for the bankruptcy estate of AUTOMOTIVE PROFESSIONALS, INC.

By:   */s/ Micah R. Krohn*
          One of her attorneys

Frances Gecker (Illinois ARDC #6198450)
Micah R. Krohn (Illinois ARDC # 6217264)
FRANK/GECKER LLP
325 North LaSalle Street, Suite 625
Chicago, Illinois  60610
Telephone:   (312) 276-1400
Facsimile:   (312) 276-0035

**SUPPLEMENTAL SERVICE LIST**

| | |
|---|---|
| *via electronic mail*<br>Mary Cannon Veed<br>George Apostolides<br>Barry A. Chatz<br>Arnstein & Lehr, LLP<br>120 South Riverside Plaza, Suite 1200<br>Chicago, Illinois  60606<br>mcveed@arnstein.com;<br>gpapostolides@arnstein.com;<br>bachatz@arnstein.com | *via electronic mail*<br>Margaret M. Anderson<br>Courtney E. Barr<br>Locke Lord Bissell & Liddell LLP<br>111 South Wacker Drive<br>Chicago, Illinois  60606<br>panderson@lockelord.com;<br>cbarr@lockelord.com |
| *via electronic mail*<br>Peter Roberts<br>Shaw Gussis Fishman Glantz Wolfson & Towbin LLC<br>321 West Clark Street, Suite 800<br>Chicago, Illinois  60610<br>proberts@shawgussis.com | *via electronic mail*<br>Mark Schramm<br>One East Wacker Drive<br>Suite 2850<br>Chicago, Illinois  60601<br>marsch500@gmail.com |
| *via electronic mail*<br>Eric S. Lipper<br>Michael J. Durrschmidt<br>Hirsch & Westheimer, P.C.<br>700 Louisiana, 25th Floor<br>Houston, Texas  77002-2728<br>elipper@hirschwest.com;<br>mdurrschmidt@hirschwest.com | *via electronic mail*<br>Peter Young<br>Katten Muchin Rosenman<br>525 West Monroe Street<br>Chicago, Illinois  60661-3693<br>peter.young@kattenlaw.com |
| *via electronic mail*<br>Richard Craig Friedman<br>Office of the United States Trustee<br>Northern District of Illinois<br>227 West Monroe Street, Suite 3350<br>Chicago, Illinois  60606<br>richard.c.friedman@usdoj.gov | |

## *Mailing Information for a Case 1:07-cv-07124*

### Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Stephen Todd Bobo**
  sbobo@sachnoff.com

- **Erich Siegfried Buck**
  ebuck@sachnoff.com

- **John Steven Delnero**
  jdelnero@bellboyd.com,docket@bellboyd.com

- **Frances Gecker**
  fgecker@fgllp.com

- **Kenneth George Kubes**
  kkubes@sachnoff.com

- **Ronald Anthony Rascia**
  rrascia@atg.state.il.us