## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
### ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of | Case Number: 07 C 7124 |

In re: Automotive Professionals, Inc.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Frances Gecker, Chapter 11 Trustee for Automotive Professionals, Inc.

| |
|---|
| NAME (Type or print)<br>Frances Gecker |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Frances Gecker |
| FIRM<br>Frank/Gecker LLP |
| STREET ADDRESS<br>325 North LaSalle Street, Suite 625 |
| CITY/STATE/ZIP<br>Chicago, Illinois  60610 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6198450 | TELEPHONE NUMBER<br>(312) 276-1400 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐       APPOINTED COUNSEL ☐

## CERTIFICATE OF SERVICE

I, Micah R. Krohn, an attorney, hereby certify that on **December 28, 2007**, a true and correct copy of the **Appearance of Frances Gecker** was served by electronic mail upon the parties named on the attached Service List. In addition, a true and correct copy was served electronically by operation of the Court's Electronic Filing System on all parties who are currently on the Court's Electronic Mail Notice List, a copy of which also is attached hereto.

By:    /s/ Micah R. Krohn

*In re Automotive Professionals, Inc.*
**Case Nos. 07 C 7124**
**appeal from USBC No. 07 B 06720**

<u>**SERVICE LIST**</u>

*via electronic mail*
Mary Cannon Veed
George Apostolides
Barry A. Chatz
Arnstein & Lehr, LLP
120 South Riverside Plaza, Suite 1200
Chicago, Illinois  60606
mcveed@arnstein.com;
gpapostolides@arnstein.com;
bachatz@arnstein.com

*via electronic mail*
Margaret M. Anderson
Courtney E. Barr
Locke Lord Bissell & Liddell LLP
111 South Wacker Drive
Chicago, Illinois  60606
panderson@lockelord.com;
cbarr@lockelord.com

*via electronic mail*
Peter Roberts
Shaw Gussis Fishman Glantz Wolfson &
Towbin LLC
321 West Clark Street, Suite 800
Chicago, Illinois  60610
proberts@shawgussis.com

*via electronic mail*
Mark Schramm
One East Wacker Drive
Suite 2850
Chicago, Illinois  60601
marsch500@gmail.com

*via electronic mail*
Eric S. Lipper
Michael J. Durrschmidt
Hirsch & Westheimer, P.C.
700 Louisiana, 25th Floor
Houston, Texas  77002-2728
elipper@hirschwest.com;
mdurrschmidt@hirschwest.com

*via electronic mail*
Peter Young
Katten Muchin Rosenman
525 West Monroe Street
Chicago, Illinois  60661-3693
peter.young@kattenlaw.com

*via electronic mail*
Richard Craig Friedman
Office of the United States Trustee
Northern District of Illinois
227 West Monroe Street, Suite 3350
Chicago, Illinois  60606
richard.c.friedman@usdoj.gov

{ API / 001 / 00012330.DOC /}

## *Mailing Information for a Case 1:07-cv-07124*

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Stephen Todd Bobo**
  sbobo@sachnoff.com

- **Erich Siegfried Buck**
  ebuck@sachnoff.com

- **John Steven Delnero**
  jdelnero@bellboyd.com,docket@bellboyd.com

- **Frances Gecker**
  fgecker@fgllp.com

- **Micah R. Krohn**
  mkrohn@fgllp.com,ccarpenter@fgllp.com

- **Kenneth George Kubes**
  kkubes@sachnoff.com

- **Ronald Anthony Rascia**
  rrascia@atg.state.il.us

{ API / 001 / 00012330.DOC /}