IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case Nos.   07 C 7124 |
| | ) | 07 C 7125 |
| AUTOMOTIVE PROFESSIONALS, INC., | ) | 07 C 7127 |
| | ) | |
| Debtor. | ) | Honorable John F. Grady |
| | ) | Magistrate Judge Nan R. Nolan |
| | ) | |
| | ) | On Appeal of Final Orders of |
| | ) | Honorable Carol A. Doyle in |
| | ) | Bankruptcy Case No. 07-6720 |

### NOTICE OF FILING

**PLEASE TAKE NOTICE** that on January 4, 2008, the undersigned attorney caused to be filed through the Court's CM/ECF system the attached **RESPONSE OF ILLINOIS DIRECTOR OF INSURANCE TO TRUSTEE'S MOTION FOR REASSIGNMENT** with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, at 219 South Dearborn Street, Chicago, Illinois 60604, a copy of which is attached and hereby served upon you.

    Respectfully submitted,

    PEOPLE OF THE STATE OF ILLINOIS,
    *EX REL.* MICHAEL T. MCRAITH, DIRECTOR OF
    INSURANCE IN THE STATE OF ILLINOIS

    By: LISA MADIGAN
        Attorney General
        State of Illinois

    By: /s/Allan V. Abinoja
        Ronald Rascia (IL ARDC # 3127629)
        Carl J. Elitz (IL ARDC # 6201131)
        Allan V. Abinoja (IL ARDC # 627442)
        Assistant Attorneys General
        100 West Randolph Street, 12th Floor
        Chicago, Illinois 60601
        (312) 814-3647
        (312) 814-2275 (facsimile)

**CERTIFICATE OF SERVICE**

I, Allan V. Abinoja, an attorney, certifies that on January 4, 2008, a true and correct copy of the Response of Illinois Director of Insurance to Trustee's Motion for Reassignment was filed electronically. Notice of the filing will be sent to all parties who are currently on the Court's Electronic Mail Notice List by operation of the Court's Electronic Filing System.

A copy was also served this day upon the following parties via first-class United States mail, postage prepaid:

United States Trustee
Office of the United States Trustee
227 West Monroe Street
Suite 3350
Chicago, Illinois 60606

Micah R. Krohn
Frank/Gecker LLP
325 North LaSalle Street, Suite 625
Chicago, Illinois 60610

and upon the following party via fascimile:

Micah R. Krohn
Frank/Gecker LLP
325 North LaSalle Street, Suite 625
Chicago, Illinois 60610
Fax: (312) 276-0035

                                          /s/Allan V. Abinoja