## **CERTIFICATE OF SERVICE**

I, Kara J. Bruce, an attorney, hereby certify that on January 16, 2008, a true and correct copy of the **Appearance of Aaron C. Smith** was served by electronic mail on the parties named on the attached Sertice List. Other parties were served by operation of the Court's Electronic Filing System.

By: /s/ Kara J. Bruce
Kara J. Bruce

CHI1 1449038v.1

**SERVICE LIST**

| | |
|---|---|
| **Frances F Gecker**<br>**Micah R. Krohn**<br>Frank/Gecker LLP<br>fgecker@fgllp.com<br>mkrohn@fgllp.com | **Mary Cannon Veed**<br>**George Apostolides**<br>**Barry A. Chatz**<br>Arnstein & Lehr, LLP<br>mcveed@arnstein.com<br>gpapostolides@arnstein.com<br>bachatz@arnstein.com |
| **Peter Roberts**<br>Shaw Gussis Fishman Glantz Wolfson & Towbin LLC<br>proberts@shawgussis.com | **Eric S. Lipper**<br>**Michael J. Durrschmidt**<br>Hirsch & Westheimer, P.C.<br>elipper@hirschwest.com<br>mdurrschmidt@hirschwest.com |
| **Richard Craig Friedman**<br>Office of the United States Trustee<br>richard.c.friedman@usdoj.gov | **Mark Schramm**<br>marsch500@gmail.com |
| **Peter Young**<br>Katten Muchin Rosenman<br>peter.young@kattenlaw.com | |

2

CHI1 1449038v.1