**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

|  |  |  |
|---|---|---|
| MICHAEL T. MCRAITH, *et al.*, | ) | |
| | ) | Case No.        07 C 7124 |
| Appellant, | ) | |
| | ) | Honorable Joan Humphrey Lefkow |
| v. | ) | Magistrate Judge Arlander Keyes |
| | ) | |
| FRANCES GECKER, not individually | ) | On Appeal of Honorable Carol A. Doyle |
| but as Chapter 11 Trustee of the estate of | ) | in Bankruptcy Case No. 07-6720 |
| Automotive Professionals, Inc., | ) | |
| | ) | **Hearing Date: February 7, 2008** |
| Appellee | ) | **Hearing Time: 9:30 a.m.** |
| | ) | **Courtroom: 1925** |

## <u>NOTICE OF MOTION</u>

PLEASE TAKE NOTICE that on **February 7, 2008, at 9:30 a.m.**, or as soon thereafter as

counsel may be heard, we shall appear before the Honorable Joan Humphrey Lefkow in Courtroom

1925 of the United States District Court for the Northern District of Illinois, 219 South Dearborn

Street, Chicago, Illinois, or whomever may be sitting in her place and stead, and then and there present

the **Director of Insurance's Unopposed Motion for Extension of Time to File Brief**, a copy of

which has been served upon you.

Dated: February 1, 2008                    Respectfully submitted,

PEOPLE OF THE STATE OF ILLINOIS,
*EX REL.* MICHAEL T. MCRAITH,
DIRECTOR OF INSURANCE IN THE STATE OF
ILLINOIS

By:   /s/Allan V. Abinoja
        Ronald Rascia (IL ARDC # 3127629)
        Carl J. Elitz (IL ARDC # 6201131)
        Allan V. Abinoja (IL ARDC # 627442)
        Assistant Attorneys General
        100 West Randolph Street, 12th Floor
        Chicago, Illinois 60601
        Tel: (312) 814-3647 / Fax: (312) 814-2275

## <u>CERTIFICATE OF SERVICE</u>

I, Allan V. Abinoja, an attorney, certifies that on February 1, 2008, a true and correct copy of this Notice of Motion was filed electronically.  Notice of the filing will be sent to all parties who are currently on the Court's Electronic Mail Notice List by operation of the Court's Electronic Filing System.

_/s/Allan V. Abinoja_____