**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                   Case Number: 07 C 7124

Michael T. McRaith, et al.

v.

Frances Gecker, as Chapter 11 Trustee of the Estate
of Automotive Professionals, Inc. and The Travelers  Indemnity
Company

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

The Travelers Indemnity Company

| | |
|---|---|
| NAME (Type or print)<br> Margaret M. Anderson | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br> s/ Margaret M. Anderson | |
| FIRM<br> Locke Lord Bissell & Liddell LLP | |
| STREET ADDRESS<br> 111 South Wacker Drive | |
| CITY/STATE/ZIP<br> Chicago, IL  60606 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br> 00957925 | TELEPHONE  NUMBER<br> 312.443.0402 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐          APPOINTED COUNSEL ☐