U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br>**McRaith, et al. v. Gecker, et al.,** | Case Number:<br>**07-C-7124** |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

**Michael T. McRaith, in his capacity as Illinois Director of Insurance and conservator of Automotive Professionals, Inc.**

| |
|---|
| NAME (Type or print)<br>**Carl J. Elitz** |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Carl Elitz |
| FIRM<br>**Lisa Madigan, Attorney General, State of Illinois** |
| STREET ADDRESS<br>**100 W. Randolph Street, 12th Floor** |
| CITY/STATE/ZIP<br>**Chicago, Illinois  60601** |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>**6201131** | TELEPHONE NUMBER<br>**312/814-2109** |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES [x] | NO [ ] |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES [ ] | NO [x] |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES [ ] | NO [x] |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES [ ] | NO [x] |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL [ ]     APPOINTED COUNSEL [ ]