STATE OF ILLINOIS     )
                      )     SS.
COUNTY OF COOK        )

## AFFIDAVIT

I, Carl J. Elitz, being first duly sworn, on oath depose and say:

1. I am an Assistant Attorney General in the Civil Appeals Division of the Illinois Attorney General's Office. I am responsible for representing the appellant, Michael T. McRaith, Director of Insurance of the State of Illinois, in related District Court appeals Nos.07-7124, 07-7125, 07-7127, 08-0799 and 08-800, in the cases captioned *McRaith v. Gecker*.

2. The Director's brief is due in Nos. 07-7124, 07-7125 and 07-7127, on February 20, 2008, and in Nos. 08-799 and 08-800 on February 21, 2008.

3. I ask that the current due dates for the Director's briefs in all of the district court appeals (Nos.07-7124, 07-7125, 07-7127, 08-0799 and 08-800) be extended 30 days, or until March 21, 2008, and that the appellee's brief also be extended 30 days, to April 21, 2008.

4. I make my request to extend the briefing deadlines based on my belief that the parties are likely to settle these appeals within the next few weeks based on discussions between myself and counsel for the appellee, Mr. Micah R. Krohn, and I further believe that an extension of time would benefit the ongoing settlement discussions.

5. Mr. Krohn has indicated that he has no objection to my request to extend the parties' briefing deadlines.

_____
CARL J. ELITZ

SUBSCRIBED and SWORN to before me
this 19th day of February, 2008.

_____
NOTARY PUBLIC

OFFICIAL SEAL
JACKIE M. GUNTHER
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 2-28-2011