# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Joan H. Lefkow | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 7124 | **DATE** | 3/5/2008 |
| **CASE TITLE** | McRaith, et al. vs. Frances Gecker | | |

**DOCKET ENTRY TEXT**

Case Nos. 07 C 7125, 07 C 7127, 08 C 799, and 08 C 800 have been consolidated with Case No. 07 C 7124 for all purposes.  All filings in these cases are to be made under Case No. 7124 only.  Case No. 07 C 7124 now becomes the lead case for this group of cases, because Case No. 07 C 3750 has been terminated.

Docketing to mail notices.

| | Courtroom Deputy Initials: | MD |
|---|---|---|