IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MICHAEL T. MCRAITH, *et al.*,<br><br>      Appellant,<br><br>v.<br><br>FRANCES GECKER, not individually<br>but as Chapter 11 Trustee of the estate of<br>Automotive Professionals, Inc.,<br><br>      Appellee. | Case No.   07 C 7124 (consolidated with<br>               07 C 7125, 07 C 7127,<br>               08 C 799 and 08 C 800)<br><br>Honorable Joan Humphrey Lefkow<br>Magistrate Judge Arlander Keyes<br><br>On Appeal of Honorable Carol A. Doyle in<br>Bankruptcy Case No. 07-6720 |

## STIPULATION OF VOLUNTARY DISMISSAL

Michael T. McRaith, Director of Insurance in the State of Illinois, in his capacity as statutory and court-affirmed conservator of Automotive Professionals Inc. (the "Director"), and Frances Gecker, not individually but as Chapter 11 Trustee of Automotive Professionals Inc., pursuant to Fed. R. Civ. P. 41(a)(1), hereby stipulate and agree to the dismissal of the Director's appeals filed in Case Nos. 07 C 7124, 07 C 7125, 07 C 7127, 08 C 799 and 08 C 800, which appeals and records on appeal have all been consolidated with Case No. 07 C 7124, with each party to bear its own costs.

**STIPULATED AND AGREED TO:**

| | |
|---|---|
| FRANCES GECKER, NOT INDIVIDUALLY<br>BUT AS CHAPTER 11 TRUSTEE OF<br>AUTOMOTIVE PROFESSIONALS INC.<br><br>By: _____<br>      One of her attorneys<br><br>Date: March 7, 2008<br><br>Frances Gecker<br>Micah R. Krohn<br>Frank/Gecker LLP<br>325 North LaSalle Street, Suite 625<br>Chicago, Illinois 60610<br>Tel: (312) 276-1400<br>Fax: (312) 276-0035 | MICHAEL T. MCRAITH, DIRECTOR<br>OF INSURANCE IN THE STATE OF ILLINOIS<br><br><br>By: _____<br>      One of his attorneys<br><br>Date: 3/7/08<br><br>Ronald Rascia (IL ARDC # 3127629)<br>Carl J. Elitz (IL ARDC # 6201131)<br>Allan V. Abinoja (IL ARDC # 627442)<br>Assistant Attorneys General<br>100 West Randolph Street, 13th Floor<br>Chicago, Illinois 60601<br>Tel: (312) 814-5312<br>Fax: (312) 814-2275 |