IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MICHAEL T. MCRAITH, et al., | ) | Case No.   07 C 7124 (consolidated w/ |
| | ) | 07 C 7125, 07 C 7127, |
| Appellant, | ) | 08 C 799 and 08 C 800) |
| | ) | |
| v. | ) | Honorable Joan Humphrey Lefkow |
| | ) | Magistrate Judge Arlander Keyes |
| FRANCES GECKER, not individually | ) | |
| but as Chapter 11 Trustee of the estate of | ) | On Appeal of Honorable Carol A. Doyle |
| Automotive Professionals, Inc., | ) | in Bankruptcy Case No. 07-6720 |
| | ) | |
| Appellee. | | |

**NOTICE OF FILING**

**PLEASE TAKE NOTICE** that on March 10, 2008, the undersigned attorney caused to be filed through the Court's CM/ECF system the attached **STIPULATION OF VOLUNTARY DISMISSAL** with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, at 219 South Dearborn Street, Chicago, Illinois 60604, a copy of which is attached and hereby served upon you.

        Respectfully submitted,

        MICHAEL T. MCRAITH, DIRECTOR OF
        INSURANCE IN THE STATE OF ILLINOIS

        By: LISA MADIGAN
            Attorney General
            State of Illinois

        By:   /s/Allan V. Abinoja
            Ronald Rascia (IL ARDC # 3127629)
            Carl J. Elitz (IL ARDC # 6201131)
            Allan V. Abinoja (IL ARDC # 627442)
            Assistant Attorneys General
            100 West Randolph Street, 12th Floor
            Chicago, Illinois 60601
            (312) 814-5312
            (312) 814-2275 (facsimile)

**CERTIFICATE OF SERVICE**

I, Allan V. Abinoja, an attorney, certifies that on March 10, 2008, a true and correct copy of the STIPULATION OF VOLUNTARY DISMISSAL was filed electronically. Notice of the filing will be sent to all parties who are currently on the Court's Electronic Mail Notice List by operation of the Court's Electronic Filing System.

/s/Allan V. Abinoja